FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS HERNANDEZ-RODRIGUEZ,<br><br>Defendant. | No. 2:19-CR-175-RHW-1<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT** |

Before the Court is the United States' Motion for Order of Dismissal Without Prejudice. **ECF Nos. 39, 40**. Federal Rule of Criminal Procedure 48(a) provides that the Government "may, with leave of court, dismiss an indictment, information, or complaint."

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for Order of Dismissal Without Prejudice, **ECF Nos. 39, 40**, is **GRANTED**.

2. The Indictment, **ECF No. 22**, is **DISMISSED WITHOUT PREJUDICE**.

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT \* 1**

3. All future hearings are **STRICKEN**.

4. Defendant's pending Motion to Dismiss Indictment, **ECF No. 38**, is **STRICKEN** as **MOOT**.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this March 10, 2020.

          *s/ Robert H. Whaley*
          ROBERT H. WHALEY
          Senior United States District Judge